# Com. *v.* Philadelphia & Reading Coal & Iron Co., Appellant.

*Taxation—Corporations—Duty of treasurer to retain tax—Act of June 30, 1885 and June 8, 1891.*

It is the duty of the treasurer of a corporation under the act of June 30, 1885, § 4, P. L. 193, to assess, retain and pay over to the state the tax imposed by the act of June 8, 1891, § 1, P. L. 229, on so much of its indebtedness as is held and owned by residents of Pennyslvania, and if he fails to do so the corporation is liable.

Argued May 29, 1894. Appeal, No. 37, July T., 1894, by defendant, from judgment of C. P. Dauphin Co., June T., 1893, No. 366, on trial by court without jury. Before STER-RETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Appeal from tax settlement.

The facts were substantially the same as those of the preceding case.

*William B. Lamberton,* for appellant.

*W. U. Hensel,* attorney general, *James A. Stranahan,* deputy attorney general, with him, for the commonwealth.

PER CURIAM, July 11, 1894:

This case depends upon the proper construction of the act of June 8, 1891, and is ruled by Commonwealth v. Wilkes-Barre & Scranton Railway Co., Apt., No. 19 of this term [the preceding case.] In that case the judgment of the common pleas has just been affirmed on the opinion of the learned president of that court; and, inasmuch as the questions presented in both cases are substantially the same, the judgment in this case should be affirmed for the reasons given at length in said opinion.

Judgment affirmed.